

LOS ANGELES
REGIONAL OFFICE

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
444 SOUTH FLOWER STREET, SUITE 900
LOS ANGELES, CA 90071

Initial conference is adjourned from October 20, 2025 to
December 16, 2025 at 11:00 a.m. in Courtroom 11D,
500 Pearl Street, New York, N.Y.
SO ORDERED.
Dated:  10/2/2025

**BY ECF**

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

_P. Kevin Castel_
United States District Judge

Re:  *SEC v. Brent Cranmer et al., No. 25 Civ. 6816 (PKC)*

Dear Judge Castel:

Plaintiff Securities and Exchange Commission (the "SEC"), with
consent of defendants Brent Cranmer ("Cranmer") and Jonathan Whitesides
("Whitesides"), who have not yet appeared in this matter, respectfully
request that the Court adjourn to December 12, 2025, the initial pretrial
conference currently scheduled for October 20, 2025.  There have been no
prior requests for adjournment in this case.

The SEC requests this adjournment to give the parties additional time
to pursue settlement.  Defendant Whitesides has already agreed to a
bifurcated settlement with the SEC.  Earlier today, the SEC filed the
bifurcated settlement with the Court, which resolves Whitesides' liability on
the SEC's claims and only leaves the issue of monetary relief to be
determined by the Court by way of a remedies motion.  (*See* Dkts. 12, 12-1
and 13.)  Defendant Daniel McCormick previously settled with the SEC and
the Court entered a judgment against him on September 17, 2025.  (*See* Dkt.
10.)  The SEC has also been in settlement discussions with Cranmer.  To
allow additional time for these discussions, Cranmer's counsel agreed to
waive service of the summons and his answer is currently due November 28,

Letter to Judge Castel
No. 25 Civ. 6816 (PKC)
page 2

2025.  (*See* Dkt. 11.)  The SEC requests an adjournment to December 12, consistent with Rule 1.C.vii of this Court's Individual Practices.

What sentence Cranmer receives in his parallel criminal action, *United States v. Brent Cranmer and Jonathan Whitesides*, S1 25 Cr. 212 (MMG) (S.D.N.Y.), is likely to have an impact on what monetary relief the SEC seeks against Cranmer.  He and Whitesides have already pled guilty to securities fraud, in violation of Title 15, United States Code ("U.S.C."), Sections 78j(b) and 78ff; Title 17, Code of Federal Regulations Section 240.10b-5; and 18 U.S.C. Section 2, for the same underlying conduct alleged in the SEC's complaint.  Whitesides' sentencing is scheduled for October 3, 2025.  Cranmer's sentencing is currently scheduled for November 3, 2025, but is expected to move to January 2026.

The SEC respectfully requests that the Court adjourn the initial pretrial conference to December 12, 2025, so that it can attempt to negotiate a bifurcated settlement with Cranmer, which – like Whitesides – would resolve his liability on the SEC's claims and leave the issue of monetary relief to be determined by the Court after he has been sentenced in his criminal case.

Respectfully submitted,

*/s/ Ruth C. Pinkel*

RUTH C. PINKEL
Attorney for Plaintiff
Securities and Exchange Commission

cc: Hilary Potashner
    hpotashner@larsonllp.com
    Georgina Wakefield
    gwakefield@larsonllp.com
    Max Nicholas
    maxn@maxnicholasllc.com