

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
444 SOUTH FLOWER STREET, SUITE 900
LOS ANGELES, CA 90071

LOS ANGELES
REGIONAL OFFICE

Time for Cranmer to answer extended to January 28, 2026.  December 16, 2025 conference is adjourned to February 12, 2026 at 11:00 a.m. in Courtroom 11D. SO ORDERED.
Dated:  11/26/2025

*P. Kevin Castel*
P. Kevin Castel
United States District Judge

November 21, 2025

**BY ECF**

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:  *SEC v. Brent Cranmer et al., No. 25 Civ. 6816 (PKC)*

Dear Judge Castel:

    Plaintiff Securities and Exchange Commission (the "SEC"), jointly with defendant Brent Cranmer ("Cranmer"), respectfully request that the Court extend the due date for Cranmer's answer by 60 days to January 28, 2026 and that the Court adjourn to February 12, 2026, the initial pretrial conference currently scheduled for December 16, 2025.  There has been no extension of the answer due date and there has been one prior request for adjournment in this case.

    The parties request this 60-day extension to give the parties additional time to pursue settlement, especially in light of Cranmer's upcoming criminal sentencing, discussed below.  Cranmer's answer is currently due November 28, 2025.  (*See* Dkt. 11.)  The parties also request an adjournment of the pretrial conference to February 12, 2026, consistent with Rule 1.C.vii of this Court's Individual Practices.

    What sentence Cranmer receives in his parallel criminal action, *United States v. Brent Cranmer*, S1 25 Cr. 212 (MMG) (S.D.N.Y.), is likely to have an impact on what remedies the SEC seeks against Cranmer.  He has already pled guilty to securities fraud, in violation of Title 15, United States

Letter to Judge Castel
No. 25 Civ. 6816 (PKC)
page 2

Code ("U.S.C."), Sections 78j(b) and 78ff; Title 17, Code of Federal Regulations Section 240.10b-5; and 18 U.S.C. Section 2, for the same underlying conduct alleged in the SEC's complaint.  Cranmer's sentencing is scheduled for January 12, 2026.

The parties respectfully request that the Court extend the due date for Cranmer's answer to January 28, 2026 and adjourn the initial pretrial conference to February 12, 2026, so that they can attempt to negotiate a bifurcated settlement for Cranmer, which would resolve his liability on the SEC's claims and leave the issue of remedies to be determined by the Court after he has been sentenced in his criminal case.

Respectfully submitted,

*/s/ Ruth C. Pinkel*
RUTH C. PINKEL
Attorney for Plaintiff
Securities and Exchange Commission

cc:  Hilary Potashner
hpotashner@larsonllp.com
Georgina Wakefield
gwakefield@larsonllp.com