

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
444 SOUTH FLOWER STREET, SUITE 900
LOS ANGELES, CA 90071

LOS ANGELES
REGIONAL OFFICE

January 27, 2026

**BY ECF**

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *SEC v. Brent Cranmer et al., No. 25 Civ. 6816 (PKC)*

Dear Judge Castel:

Plaintiff Securities and Exchange Commission (the "SEC"), jointly with defendant Brent Cranmer ("Cranmer"), respectfully request that the Court extend the due date for Cranmer's answer by 61 days to March 30, 2026 and that the Court adjourn to April 13, 2026, the initial pretrial conference currently scheduled for February 12, 2026. There has been one extension of the answer due date and two prior requests for adjournment of the initial pretrial conference in this case, which were all granted.

The parties request this 61-day extension because they have reached an agreement in principle now that Cranmer has been sentenced in his criminal case, discussed below. Cranmer's answer is currently due January 28, 2026. (*See* Dkt. 18.) The parties also request an adjournment of the pretrial conference to April 13, 2026, consistent with Rule 1.C.vii of this Court's Individual Practices.

On January 16, 2026, in his parallel criminal action, *United States v. Brent Cranmer*, S1 25 Cr. 212 (MMG) (S.D.N.Y.), Cranmer was sentenced to time served with a one-year term of supervised release to include 3 months' home confinement with electronic monitoring, and a $100 special

*[Handwritten note:]* Time to answer extended to March 30, 2026. Feb 12 conference adjourned to April 15, 2026 at 11 am in Courtroom 11D.

SO ORDERED
/s/ [signature]
USDJ
1-28-26

Letter to Judge Castel
No. 25 Civ. 6816 (PKC)
page 2

assessment.  Cranmer's conviction for securities fraud, in violation of Title 15, United States Code ("U.S.C."), Sections 78j(b) and 78ff; Title 17, Code of Federal Regulations Section 240.10b-5; and 18 U.S.C. Section 2, is based on the same underlying conduct alleged in the SEC's complaint.

The parties respectfully request that the Court extend the due date for Cranmer's answer to March 30, 2026 and adjourn the initial pretrial conference to April 13, 2026, so that they can obtain final settlement authorization from the SEC.  As the Court may be aware, only the Commissioners of the SEC have final authority to approve any settlement on behalf of the SEC.  Accordingly, before submitting final proposed settlement documents to the Court, SEC counsel must obtain Commission approval by first submitting their recommendation to the Commission and providing a comprehensive explanation of the recommendation's factual and legal bases. After the recommendation is presented, the Commission considers the recommendation and votes on whether to approve or reject the recommendation (*see* SEC Div. of Enf't, Enforcement Manual, https://www.sec.gov/divisions/enforce/enforcementmanual.pdf, §§ 2.5.1-2).

Respectfully submitted,

*/s/ Ruth C. Pinkel*
RUTH C. PINKEL
Attorney for Plaintiff
Securities and Exchange Commission

cc:  Hilary Potashner
     hpotashner@larsonllp.com
     Georgina Wakefield
     gwakefield@larsonllp.com